# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ERIC CARASCO,<br><br>Petitioner,<br><br>v.<br><br>SANDRA GATT, Commander,[1]<br><br>Respondent. | Case No. SACV 21-01344 JGB (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

---

[1] Sandra Gatt, Commander of Santa Ana Jail, where Petitioner is currently detained, is substituted for the "United States of America," the Respondent named in the Petition. Fed. R. Civ. P. 25(d).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 11, 2022

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE