JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ERIC CARASCO,<br><br>Petitioner,<br><br>v.<br><br>SANDRA GATT, Commander,[1]<br><br>Respondent. | Case No. SACV 21-01344 JGB (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: February 11, 2022

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

---

[1] Sandra Gatt, Commander of Santa Ana Jail, where Petitioner is currently detained, is substituted for the "United States of America," the Respondent named in the Petition. Fed. R. Civ. P. 25(d).